CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 13 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FREDERICK W. LAYNE, | ) | |
| Petitioner, | ) | Civil Action No. 7:07-cv-00558 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TRACEY RAY, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**; the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice for failure to exhaust state court remedies, and this action is stricken from the active docket of the court.

ENTER: This 13th day of March, 2008.

/s/ James C. Turk
Senior United States District Judge